UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

ACTION NO: _____

THE MOUNTAIN EAGLE, THE MOUNTAIN EAGLE, LTD,
a limited liability partnership                                              PLAINTIFF

VS.

THE MEDICAL LEADER owned and published by
PIKEVILLE MEDICAL CENTER, INC.,
a corporation                                                                DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**NOTICE OF REMOVAL**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Come now the Defendants, Pikeville Medical Center, Inc. ("PMC") and the Medical Leader, by and through counsel, and for their Notice of Removal of an Action pending in the Letcher Circuit Court to the United States District Court for the Eastern District of Kentucky, Pikeville Division, state as follows:

1. That on February 8, 2007, the Plaintiff filed a Civil Action in Letcher Circuit Court, Whitesburg, Kentucky, and same was served on the Defendant, PMC, on February 12, 2007, and the Medical Leader on February 13, 2007. This action has been identified by that Clerk as Civil Action Number 07-CI-00045. A copy of the Summons, Complaint, and all those items constituting all process pleadings or papers served upon the Defendants, to date in that Action, are tendered herewith.

2

2. The Plaintiff's Complaint alleges that the Defendants have engaged in unfair competition in the publication of a newspaper and have misrepresented themselves as non-profit entities.

3. The Federal Court has original jurisdiction over the subject matter of this case under 28 U.S.C. §1331, and therefore the case is removable from state court under 28 U.S.C. §1441 because one or more of Plaintiff's claims are based upon federal law. More specifically, Plaintiff's assertion as to Defendants' non-profit status is a matter governed by the federal internal revenue code, Plaintiff's claim as a whole concerns the parties' free speech rights guaranteed by the First Amendment to the U.S. Constitution, and it reasonably appears from the Complaint that Plaintiff seeks relief under federal unfair competition statutes.

4. Any claim(s) as to which this Court is not expressly granted original jurisdiction pursuant to 28 U.S.C. § 1331, and therefore removable pursuant to 28 U.S.C. 1441 is (are) properly within its supplemental jurisdiction pursuant to 28 U.S.C. Section 1367.

5. This Notice of Removal is timely because it is filed within thirty (30) days of service of the Complaint upon Defendant in accordance with 28 U.S.C. Section 1446 (b).

6. Notice of Removal has been provided to the Plaintiff and to the Clerk of the Letcher Circuit Court, Whitesburg, Kentucky. A copy of that Notice of Filing is tendered herewith.

WHEREFORE, the Defendants, Pikeville Medical Center, Inc. and the Medical Leader, pray for removal of this matter from Letcher Circuit Court, Whitesburg,

Kentucky to the United States District Court for the Eastern District of Kentucky at Pikeville, and that all parties be required to appear and directing all further proceedings and the continued prosecution of this matter to be undertaken pursuant to the Court's jurisdiction.

                ATTORNEYS FOR DEFENDANTS

**PAM MAY LAW FIRM, P.S.C**
131 Main Street
US Bank Building, Suite 300
P.O. Box 1439
Pikeville, Kentucky  41502
Telephone:	(606) 432-0400
Telefax:	(606) 432-9139


By: _____Pamela T. May_____

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was duly mailed this _____ day of March, 2007, to the following:

Hon. Samuel T. Wright, III
Letcher Circuit Judge
205 Courthouse
156 Main Street
Whitesburg, Kentucky 41858

Margaret Nichols, Clerk
Letcher Circuit Court
201 Courthouse
156 Main Street
Whitesburg, Kentucky 41858

Ronald G. Polly, Esq.
P.O. Box 786
Whitesburg, Kentucky 41858
COUNSEL FOR PLAINTIFF


              Pamela T. May