3/2 PTM
WFB
M

| AOC-105 Doc. Code: CI | | Case No. 07-CI-45 |
|---|---|---|
| Rev. 5-03 Page 1 of 1 Commonwealth of Kentucky Court of Justice   www.kycourts.net CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Court [X] Circuit [ ] District |
| | | County Letcher |

**PLAINTIFF**

THE MOUNTAIN EAGLE, THE MOUNTAIN
EAGLE, LTD, a limited liability partnership

VS.

THE MEDICAL LEADER owned and published by
PIKEVILLE MEDICAL CENTER, INC.,
A corporation

**DEFENDANT**

**Service of Process Agent for Defendant:**

Ms. Pamela Todd May, Process Agent for Pikeville Medical Center, Inc.
and the Medical Leader

U.S. Bank Building, 131 Main Street, 3rd Floor, Suite 300
Pikeville, Kentucky 41501

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** and filed in the Clerk's Office within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ___2-8___, 2 007

_Margaret S. Nichols_ Clerk

By: _Jeffany Bowlus_ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

COMMONWEALTH OF KENTUCKY
LETCHER CIRCUIT COURT
CIVIL ACTION NO. 07-CI- 45



FILED
MARGARET S. NICHOLS, CLERK
FEB 0 8 2007
LETCHER CIRCUIT DISTRICT COURTS
BY _____ D.C.

THE MOUNTAIN EAGLE, THE MOUNTAIN
EAGLE, LTD, a limited liability partnership

PLAINTIFF

VS.                                    <u>COMPLAINT</u>

THE MEDICAL LEADER owned and published by
PIKEVILLE MEDICAL CENTER, INC.,
A Corporation

DEFENDANTS

Serve:   Ms. Pamela Todd May
         Process Agent for Pikeville Medical Center, Inc.,
         and The Medical Leader
         U.S. Bank Building
         131 Main Street
         3rd Floor, Suite 300
         Pikeville, Kentucky 41501

and

Serve:   The Medical Leader
         Sheldon Compton, Editor
         911 Bypass Road
         Pikeville, Kentucky 41501

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Comes the plaintiff, by counsel, and for its complaint against the defendants

herein states as follows:

(1)     That the plaintiff is a weekly newspaper operation and publication in

Letcher county, Kentucky, and several other counties in Kentucky, and is a limited

liability partnership organized and operating in Letcher County, Kentucky.

(2)    That the defendant, The Medical Leader, and/or Pikeville Medical Center, Inc., d/b/a The Medical Leader, is a newspaper and hospital published and/or operating in Pike County, Kentucky, and other counties in Kentucky; that the defendant, The Medical Leader, is a weekly newspaper with offices at 911 Bypass Road, Pikeville, Kentucky 41501, and is owned and published by the defendant, Pikeville Medical Center, Inc., a corporation.

(3)    That the defendant, The Medical Leader,  should be served by the Clerk of the Court by certified mail addressed to The Medical Leader, Editor, Sheldon Compton, 911 Bypass Road, Pikeville, Kentucky, 41501; that the defendant, Pikeville Medical Center, Inc., a corporation, should be served by the Clerk of this Court by certified mail to its process agent, Pamela Todd May, U.S. Bank Building, 131 Main Street, 3$^{rd}$ Floor, Suite 300, Pikeville, Kentucky 41501.

(4)    That the events and causes of action hereinafter stated arose and occur in Letcher County, Kentucky, and within 1 year last past.

(5)    That the defendants each operate allegedly as non-profit organizations with all the attendant economic and other advantages and benefits, including less taxes or no taxes, less costs, tax free donations, favorable public perception and other advantages not enjoyed by other private enterprise newspapers in the area in which they publish, including Letcher County, in direct competition with the plaintiff.

(6)    That the defendants distribute and publish their weekly newspaper, The Medical Leader, free of charge to all mail addressees in Letcher County, Kentucky, Pike County, Kentucky and Floyd County, Kentucky, and perhaps other counties,

misrepresenting it as a non -profit organization, uses non-profit organization postage and other economic benefits, and publicizes itself as the largest publication in the area with over sixty thousand readers.

(7)    That upon such representations to the public, the defendants have contacted and taken customer advertisers of the plaintiff to the defendants' publication upon giving such advertisers such representations and cut rates for the purpose and with the result of taking plaintiff's business by unfair competition and practices, all of which the aforesaid are wrongful, unfair and illegal.

(8)    That the defendants have contacted plaintiff's employees and attempted to hire them away from the plaintiff, all of which is a part of the defendants' scheme and purpose to undermine and adversely affect or destroy plaintiff's business.

(9)    That the defendants utilization of non-profit status by which it obtains economic advantage and, in turn, taking plaintiff's advertisers by giving cut rates or almost no rates at all to said advertisers, is wrongful, unfair and illegal; that the defendants are operating a newspaper as a profit organization by obtaining paid advertisers while misrepresenting it as a non-profit organization and obtaining wrongful advantages therefrom.

(10)    That as a proximate result of the defendants' actions as wrongful, unfair and illegal as aforesaid, the plaintiff has suffered damages in its business of a substantial economic and good will nature, including advertisers, employee harassment and public customer perception, in amounts which exceed the minimum jurisdictional limits of this court, and for which it should be awarded treble damages.

(11)    That the defendants should be permanently enjoined from engaging in

their aforesaid actions and required by order of this court to cease and desist therefrom immediately.

WHEREFORE, the plaintiff demands judgment against the defendants as follows:

(A)     That it recover of the defendants damages in amounts as shown by the evidence in excess of the minimum jurisdictional limits of this court, including treble damages.

(B)     That the defendants be permanently enjoined from engaging in their wrongful actions aforesaid and required by order of this court to cease and desist therefrom.

(C)     That the plaintiff recover of the defendants its costs herein expended, including attorney fees authorized by law, and all proper relief.

Plaintiffs demand a jury trial of all issues triable by a jury.


POLLY & SMALLWOOD


Ronald G. Polly
P.O. Box 786
Whitesburg, Kentucky   41858
Phone (606) 633-4469

Attorney for plaintiff