UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

THE MOUNTAIN EAGLE, et al.,          )
                                     )
        Plaintiffs,                  )        Civil Action No. 07-39-ART
                                     )
v.                                   )
                                     )
THE MEDICAL LEADER, et al.,          )        **MINUTE ENTRY ORDER**
                                     )
        Defendants.                  )

*** *** *** ***

This matter was called for a hearing on March 13, 2008. Ronald G. Polly was present on behalf of the Plaintiffs. Masten Childers II and Eric Blackburn were present on behalf of the Defendants. The proceeding was reported by Kelly Smith, contract court reporter. The courtroom deputy clerk in attendance was Mary Jane Younce.

The Court, having heard arguments of counsel regarding Plaintiffs' Motion to Remand [R. 7], Defendants' Response [R. 10], Plaintiffs' Reply [R. 11], Defendants' Motion to Dismiss [R. 2], Plaintiffs' Response [R.6], and Defendants' Reply [R. 9], it is hereby **ORDERED** as follows:

1)      Plaintiffs' Motion To Remand [R. 7] is **GRANTED** for the reasons stated on the record. This action is **REMANDED** in its entirety to the Letcher Circuit Court and **STRICKEN** from the Court's active docket.

-1-

2)      Defendants' Motion to Dismiss [R. 2] is **DENIED AS MOOT**.

This 13th day of March, 2008.



**Signed By:**

_**Amul R. Thapar**_

**United States District Judge**

TIC: 0/45
 Minutes